UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY STRICKLAND,

    Plaintiff,

v.                                          Case No: 8:20-cv-439-T-36SPF

AIR TECH SERVICES OF PASCO, INC.,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on April 20, 2020 (Doc. 15). In the Report and Recommendation, Magistrate Judge Flynn recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement (Doc. 14). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On April 23, 2020, the parties filed a Notice of Non-Objection. *See* Doc. 16.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2

(2) The parties' Joint Motion for Approval of Settlement Agreement (Doc. 14) is **GRANTED.** The Settlement Agreement (Doc. 14 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Tampa, Florida on April 27, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record